# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

141111

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RODNEY T. SMITH,
   Plaintiff-Appellant,

v

SC: 141111
COA: 294724
Alcona CC: 07-000973-AS

ALCONA CIRCUIT JUDGE,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the February 19, 2010, April 14, 2010, and May 11, 2010 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

                Clerk

d0719